NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**PENNY L. LANDVOGT,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2013-3016

---

Petition for review of the Merit Systems Protection Board in case no. CH0831110684-I-1.

---

## ON MOTION

---

## O R D E R

The Office of Personnel Management moves for leave to file its informal brief out of time.  Penny L. Landvogt opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  OPM's brief is accepted for filing.  The petitioner should calculate the due date for her

PENNY LANDVOGT V. OPM                                              2

reply brief from the date of filing of this order, if she chooses to file a reply brief.


                                        FOR THE COURT


                                         /s/ Jan Horbaly
                                        Jan Horbaly
                                        Clerk

s21